Commonwealth *v.* Roussis, Appellant.

Argued December 14, 1971. *Francis X. Nolan,* with him *Stanley Bashman,* and *Donsky, Katz, Levin & Bashman,* for appellant; *Arthur R. Makadon,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Searles, Appellant.

Submitted December 13, 1971. *Barry J. Goldstein* and *Malcolm H. Waldron, Jr.,* for appellant; *Bonnie Brigance Leadbetter* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.